IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| KATHRYN BIELSKI, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:12cv1049-MHT |
| | ) | (WO) |
| ALFRED SALIBA CORPORATION, | ) | |
| an Alabama domestic | ) | |
| corporation, and REAL | ) | |
| ESTATE SERVICES OF DOTHAN, | ) | |
| INC., an Alabama Domestic | ) | |
| Corporation, | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

The court having been informed that this cause is now

settled as to defendant Real Estate Services of Dothan,

Inc., it is the ORDER, JUDGMENT, and DECREE of the court

that defendant Real Estate Services of Dothan, Inc. and

the claims against it are dismissed with prejudice, with

the parties to bear their own costs and with leave to the

parties, within 49 days, to stipulate to a different

basis for dismissal or to stipulate to the entry of

judgment instead of dismissal, and with leave to any

party to file, within 49 days, a motion to have the
dismissal set aside and the claims reinstated or the
settlement enforced, should the settlement not be
consummated.  Defendant Real Estate Services of Dothan,
Inc. is terminated as a party.

It is further ORDERED that the motions for summary
judgment (doc. no. 26) and to exclude (doc. no. 29) are
denied as moot.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 10th day of October, 2013.


          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE