IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHRYN BIELSKI,** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:12cv1049-MHT |
| | ) | (WO) |
| **ALFRED SALIBA CORPORATION,** | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 71 and 80) and objections (Doc. Nos. 63, 64, 72, 73, and 74), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than October 23, 2013, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by October 28, 2013,(a) as to which issues in the motions and objections are resolved and which ones remain unresolved and (b), for

each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 15th day of October, 2013.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE